```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

DEBORAH KING                                CIVIL ACTION

VERSUS                                      NO: 07-08503

STATE FARM INSURANCE COMPANY                SECTION: R(5)
```

## ORDER

Before the Court is plaintiff's unopposed motion for remand. Plaintiff sued defendant State Farm Insurance in state court for insurance coverage, damages and penalties for State Farm's alleged failure to provide coverage and payment for certain claims made under her rental dwelling insurance policy in connection with Hurricane Katrina. As is the case with many hurricane-related complaints filed in state court, plaintiff did not specify the amount in controversy in her state-court petition. State Farm removed this case, invoking this Court's diversity jurisdiction.

Plaintiff now contends that the jurisdictional amount under 28 U.S.C. § 1332(a) does not exist and therefore this Court lacks subject matter jurisdiction.  Plaintiff has stipulated in a post-removal declaration that the amount in controversy does not exceed $75,000 and renounced her right to accept or enforce a judgment in excess of $75,000.  Plaintiff's stipulation that the amount in controversy does not exceed $75,000 and her waiver of entitlement to any award in excess of $75,000 constitute "judicial confessions" that are binding on the plaintiff. *See Engstrom v. L-3 Commc'ns Gov't Servs., Inc.*, No. Civ. A. 04-2971, 2004 WL 2984329, at *4 (E.D. La. Dec. 23, 2004). Accordingly, the Court finds that the jurisdictional amount is lacking in this case and therefore GRANTS plaintiff's motion to remand.

New Orleans, Louisiana, this  6th  day of October, 2008.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE